UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No.:  6:23-CR-03-RBD-EJK

MOAD MOHAMED BENKABBOU,

## Notice of Appearance

The undersigned counsel hereby files this notice of appearance in the above captioned case, effective January 17, 2023. The undersigned counsel requests that the Clerk and counsel for the government direct all pleadings and correspondence to the address indicated below.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court (CM/ECF) on this 17th day of January 2023 by using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney.

/s/ Corey Cohen
**Corey Cohen, Esq.**
**Florida Bar No. 0657840**
**Law Office of Corey Cohen and Associates,**
**21 Park Lake Street**
**Orlando, Florida 32803**
corey@coreycohen.com
**Telephone: 407-246-0066**

/s/ Mary Ibrahim
 Mary Ibrahim, Esq.
FL Bar No. 1018590
LAW OF COREY I. COHEN & ASSOCIATES
21 Park Lake Street
Orlando, Florida 32803
(407) 246-0066 | Telephone
 Mary@coreycohen.com | E-Mail