UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No: 6:23-cr-03-RBD-EJK

MOAD MOHAMED BENKABBOU

## ORDER

Pursuant to Local Rule 1.07(a)(2)(A), the Court orders this case to be **TRANSFERRED** to U.S. Magistrate Judge Daniel C. Irick.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 13, 2023.

ROY B. DALTON JR.
United States District Judge