# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CASE NO: 6:23-cr-3-RBD-EJK**

**MOAD MOHAMED BENKABBOU**

AUSA: Shawn Napier

Defense Attorney: Corey Cohen, Retained Counsel

| JUDGE: | **CELESTE F. BREMER**<br>United States Magistrate Judge | DATE AND TIME: | **January 17, 2023**<br>2:00 P.M.- 2:18 P.M. |
|---|---|---|---|
| Courtroom: | 3C | TOTAL TIME: | 18 Minutes |
| DEPUTY CLERK: | Jenifer White | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE / ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant.
Court advises defendant of his rights.
Government oral motion for detention.
Government's oral motion to continue detention hearing without prejudice- Granted- Order to enter.
Detention Hearing set for January 18, 2023, at 2:00PM. -Separate notice to be sent.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Defendant waives formal reading of Indictment and enters a plea of not guilty as to each count.
Court sets trial term of March 6, 2023, before Judge Dalton- Criminal Scheduling Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court is adjourned.