~~SEALED~~

FIO# 11511194

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Moad Mohamed Benkabbou | )<br>)<br>)   Case No.   6:23-cr- 03 -RBD-EJK<br>)<br>)<br>) |
| Defendant | |

*2023 JAN 18 AM 9:00*
*U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA*
*MIDDLE FLORIDA ORLANDO*
*2023 JAN 12 PM 12:*
*FILED*
*RECEIVED U.S. MARSHAL*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Moad Mohamed Benkabbou                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Making any materially false, fictitious, or fraudulent statement or representation in a matter within the jurisdiction of the executive branch.

In violation of: 18 U.S.C. § 1001

Date:   1/11/23

City and state:    Orlando, Florida

_____
*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)*   1/12/2023  , and the person was arrested on *(date)*   1/13/2023
at *(city and state)*   Kissimmee, FL          .

Date:   1/17/2023

_____
*Arresting officer's signature*

Special Agent Joey Nassil
*Printed name and title*