# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:23-cr-3-RBD-DCI**

**MOAD MOHAMED BENKABBOU**

AUSA: Shawn Napier

Defense Attorney: Corey Cohen, Retained Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **January 18, 2023**<br>2:27 P.M.- 4:17 P.M. |
|---|---|---|---|
| Courtroom: | 3C | TOTAL TIME: | 1 Hour & 50 Minutes |
| DEPUTY CLERK: | Jenifer White | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### DETENTION HEARING

Case called, appearances made, procedural setting by the Court.
Detention Hearing proceeds as stated on the record.
FBI agent Karl Stephenz is sworn and testifies for the government.
Government Exhibits 1-7 are identified and entered as Government evidence.
Defense cross examines witness.
Sabah Benkabbou is sworn and testifies for the Defense.
The Government cross examines the witness.
Defense redirect.
Mohammad Benkabbou is sworn and testifies for the Defense.
The Government cross examines the witness.
Government presents argument for detention.
Defense presents their argument.
The Court takes this matter under advisement. - Written order to be issued.
Court adjourned.