UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,          Case No. 6:23-cr-3-RBD-DCI

    Plaintiff,         ☐
    Government     ☒          ☐ Evidentiary
                                        ☐ Trial
                                        ☒ Other

v.

MOAD MOHAMED BENKABBOU

    Defendant         ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 1/18/23 | 1·18·23 | Karl Stephanz | | Photo sent by Def |
| 2 | 1/18/23 | 1·18·23 | Karl Stephanz | | Photo sent by Def |
| 3 | 1/18/23 | 1·18·23 | Karl Stephanz | | Def. Open Social Media |
| 4 | 1/18/23 | 1·18·23 | Karl Stephanz | | ISIS Video Sent by Def. |
| 5 | 1/18/23 | 1·18·23 | Karl Stephanz | | Screenshot Def Swearing Bayat |
| 6 | 1/18/23 | 1·18·23 | Karl Stephanz | | Transcript of Def Letter to Parents |
| 7 | 1/18/23 | 1·18·23 | Karl Stephanz | | Transcript of Orlando Interview |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.