



**El Muwahhid** 👆
@MujahidPapi

I'll see you guys on the roof 🤗

> 🦋🌈 @hiiraetthh · 22h
> LBGTQ+ Muslims exist
> 
> LBGTQ+ Muslims exist
> 
> LBGTQ+ Muslims exist
> 
> LBGTQ+ Muslims exist
> 
> LBGTQ+ Muslims exist
> 
> LBGTQ+ Muslims exist
> 
> LBGTQ+ Muslims exist

8:55 PM · Mar 9, 2020 · Twitter for iPhone

2 Likes

Screenshot of a Twitter page from @MujahidPapi (El Muwahhid), replying to @notime4urfitnah, posted 9:05 PM · Mar 9, 2020 · Twitter for iPhone, 2 Likes.



