



















I pledge allegiance to the Commander of the Faithful, **Abi Ibrahim al-Hashimi al-Qurashi**, on hearing and obedience in the stimulant, the compulsion, the hardship and the ease, and the impact on me and that I do not disagree with his family except that I see a disbelief that I have in it from God, proof and

Photo 3 of 3















