Title: Verbatim Translation: Benkabbou's Letter to His Father Explaining Hijra
Re: 09/23/2020

In the name of Allah, the most gracious, the most merciful.

From Moad Ben Mohammed Ben Kabbou to my dear father,

This letter is to inform you about what happened and to bring to your awareness the truth about this life.

All praise is for Allah. We praise him, we seek his assistance, and we ask for his forgiveness. We seek refuge in Allah from the evil of ourselves and from the evil of our actions.

Whomever Allah guides, none can lead him astray; and whomever is led astray will have no guide. I bear witness that no God but Allah alone is to be worshiped and that Mohammed is his messenger.

"O you who believe! Persevere in patience and constancy. Vie in such perseverance, strengthen each other, and fear Allah that you may prosper" Chapter Al-Imran. Allah says "And we shall test you with something of fear and hunger, and with paucity of wealth, lives, and crops; but give good tidings to those who patiently persevere. Those who, if afflicted by a calamity, said we are to God and to him we will shepherd"

We thank God for everything and we ask that Allah makes firm our hearts on his religion and obedience. Praise to the God, who revealed the Qur'an as a guide for people and evidence of guidance and criterion. That is God's grace to us and we have nothing but to follow the truth, and the best outcome is for the righteous.

Allah says "That book, without a doubt, is a g[uide for the] God-conscious. Those who believe in the unseen, establ[ish prayer and] spend out of what we have provided for them".

Most importantly is Allah's order to support t[he...]

3

U.S. District Court
Middle District of Florida
Orlando Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 6

Case No.: 6:23-cr-03-RBD-DCI

UNITED STATES OF AMERICA

vs.

MOAD MOHAMED BENKABBOU

Date Identified: 1.18.23

Date Admitted: 1.18.23

Title: ▮▮▮ Verbatim Translation: Benkabbou's Letter to His Father Explaining Hijra
Re: ▮▮▮ 09/23/2020

money and our souls. How can you stay home and be negligent while the poor and vulnerable including women, children and older men are oppressed daily by the Arab tyrants. They pray that we help them with our money, but we don't care about them. Therefore, I can't stay here when the tyrants and their soldiers rape our women and kill our men and children without a right, then they throw our Muslim brothers to the dogs. They don't own anything in this life, not even their food except for what they get from benefactors who donate for the sake of Allah. You would be better off if you helped people on this earth because Allah says "Go forth, lightly or heavily, strive and struggle, with your good and your persons, in the cause of Allah. That is best for you if you know". Allah also says "Had it been an easy gain and a moderate trip, the hypocrites would have followed you, but distant to them was the journey. And they will swear by Allah "if we were able we would have gone with you" destroying themselves [through false oaths] and Allah knows that indeed they are liars".

▮▮▮ So today I am writing this letter to you so that you know that I want to help the Muslims with my money, even though I don't have any. The prophet peace be upon him says "guard yourselves against hell fire even if it be only half a date-fruit [given in charity]" (told by Al-Bukhary).

▮▮▮ I fear the torment of the grave and the torment of the hereafter, and I fear being one of the oppressors.

▮▮▮ The truth about my immigration from here to the land of Muslims is that you tell me that you fear the persecution of the American police if I sent money to Syria, Turkey, and surrounding area. I understand you and you are right. However, you are afraid to practice your religion in a country of disbelievers. In this case, you are obliged to immigrate to a Muslim country to be among the righteous. So, leave to where there is safety for you because Allah says "while the angels are removing the

Title: ███ Verbatim Translation: Benkabbou's Letter to His Father Explaining Hijra
Re: ███ 09/23/2020

souls of those who have wronged themselves, they will say 'what was the matter with you?'. They will say 'we were oppressed in the land'. They will say 'was God's earth not vast enough for you to emigrate in it?'. These- their refuge is Hell. What a wretched retreat! Except for the weak among men, women, and children who have no means to act, and no means to find a way out. These-God may well pardon them. God is pardoning and forgiving". The prophet peace be upon him said "I am innocent of every Muslim who resides among the most prominent of the polytheists". This is another truth about my immigration from here to wherever I can give charity to the ones in need.

███ So, how could you stay in America, the home of disbelievers, while American soldiers rape your women and drop bombs at your people in Syria, Iraq, Somalia, Yemen, Afghanistan, and others? You live in an expensive home and your stomachs are full while the oppressed cry our ignorance, our greed, and our fondness of this worldly life. Fear God and return to your God and the book of his messenger and his Sunnah to learn the truth about the truth about this world, the truth about your God, and the thereafter. Know that today the disbelievers forbid us from giving charity to each other so there will be no loyalty among Muslims in the world. They will continue until you follow them. Allah says "they will not cease to fight you until they turn you back from your religion". Wouldn't you come to your senses? Wouldn't you be pious? Where is your uniformity, your faith, your innocence, your allegiance? "and beware of a day when no soul will avail another in the last, nor will any intercession be accepted on its behalf, nor any ransom be taken from it, nor will they be helped" [Qur'an].

███ Additionally, I warn you not to inform the police because that would be infidelity. It is loyalty to them against Muslims, hence it is infidelity like Allah says "O you who believe! Do not take the Jews and the Christians as allies; some of them are allies of one another. Whoever

Title: ▮▮▮ Verbatim Translation: Benkabbou's Letter to His Father Explaining Hijra
Re: ▮▮▮▮▮▮▮▮▮ 09/23/2020

of you allies himself with them is one of them. God does not guide the wrong doing people".

▮▮▮ Al-Tabari says in his explanation of chapter Al-Imran, verse 28 that whomever helps the disbelievers against Muslims or teaches them about their weaknesses is a disbeliever too.

▮▮▮ Be mindful of your duty to Allah, my parents. Be patient because I will return to Morocco on God's will. However, if you reported me to the police, which in this case you would be infidels and apostates, I would not be able to return to you. As you know how harsh their punishment is toward Muslims. Also if you reported me, I wouldn't want to return to you ever and I can't. Therefore, refrain from doing so if you were Muslim and fear God, his punishment, and the thereafter. There is no power but from God.

▮▮▮ I advise you to be patient and persistent. I advise you to pray. I advise you to perform the late night prayer. I advise you to repent. I advise you to seek forgiveness. I advise you to learn more about religion. I advise you to learn about loyalty and disavowal. I advise you to learn to reject the tyrants. Excuse my written Arabic as I am still in the process of learning it. So don't worry because, on God's will, I will be in the land of Muslims with the pious spending for God's sake. I put my trust in Goad and God's willing, we will reunite in the future. Lastly, extend my greeting to the family and comfort them. Allah says "O you who believe! Shall I inform you of a trade that will save you from a painful torment? That you believe in God and his messenger, and strive in the cause of God with your possessions and yourselves. That is the best for you if you only knew. He will forgive your sins, and will admit you into gardens beneath which rivers flow, and into beautiful mansions in the gardens of Eden. That is the supreme success". So, remember what I tell you. I delegate my command to God. Peace be upon you and praise be

Serial 467

Title: ███  Verbatim Translation: Benkabbou's Letter to His Father Explaining Hijra
Re: ███████████  09/23/2020

to God, Lord of the worlds. May Allah's blessings and peace be upon Mohammed, his family, and his companions.

**Summary Translation:**

███ CHS expresses his fascination with the letter and asks if Ben Kabbou wrote it. The latter confirms and adds that he had to translate few words, but insists that the thoughts and ideas were his. Ben Kabbou says that he wants to add the verse "O you who believe! What is the matter with you when it is said to you 'mobilize in the cause of God', you cling heavily to the earth?", however he doesn't know where to put it. CHS tells Ben Kabbou that he can't help him with such as it has to come from his heart because it is directed to his family, who he knows better.

███ Ben Kabbou mentions the point in his letter about innocence and loyalty. He tells CHS that his Arabic is improving. CHS confirms and states that he couldn't write in such fluency.

███ CHS asks Ben Kabbou about their next step and when they will buy the tickets. Ben Kabbou tells CHS that he could buy the tickets now. He adds that CHS could use a computer to find the tickets and buy them or use the phone. Next, he adds that it might be complicated to purchase the tickets over the phone and that it would be better to go to a coffee shop and use a computer to make the purchase. CHS claims to have a couple of things to do today and that he will call Ben Kabbou to meet and purchase the tickets either tomorrow or over the weekend. CHS asks Ben Kabbou if he was 100% ready, sure, and had no doubts. Ben Kabbou confirms that he is ready.

███ Ben Kabbou says that all he fears is prison, but both he and CHS have feelings they won't be in prison.