UNCLASSIFIED

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5525 W Gray Street
Tampa, Florida 33609

DRAFT – INCOMPLETE DRAFT

File Number: **TP-3143712**

Case Agent: Joey E. Nassif

Typist Name: OST Adam Schneiderhan

Reviewed & Corrected by:

Date of Recording:  08/09/2022

Time of Recording:  Approximately 1300

CD/DVD #:

Recording type:

**PARTICIPANTS:** FBI SA Joey Nassif, FBI TFO Jason Fiedler and Moad Benkabbou

**TRANSLATION KEY:**

MB:  Moad Benkabbou

JN:  Joey Nassif

JF:  JASON FIEDLER

UI:  UNINTELLIGIBLE

IA:  INAUDIBLE

PH:  PHONETIC

<div style="border:1px solid">

**U.S. District Court**
**Middle District of Florida**
**Orlando Division**

## GOVERNMENT EXHIBIT

Exhibit No.: _7_

Case No.: 6:23-cr-03-RBD-DCI

UNITED STATES OF AMERICA

vs.

MOAD MOHAMED BENKABBOU

Date Identified: _1·18·23_

Date Admitted: _1·18·23_

</div>

1

UNCLASSIFIED

UNCLASSIFIED

8  SC:  SIMULTANEOUS CONVERSATION

9  OV:  OVERLAPPING VOICES

0  []:  NOISE NOTATIONS OR TRANSLATOR'S NOTES

1  RC:  RECORDED MESSAGE

2  UF:  UNKNOWN FEMALE

3  UM:  UNKNOWN MALE

4
5       **This draft transcript, in its current form, is for the sole**
6  **purpose of review by the prosecuting attorneys and should not be**
7  **construed as a final verbatim transcript.  Further review may be**
8  **necessary for trial purposes.**

9

0  ================================================================

1

2  **Session:  08/09/2022**

3

4  **[Duration: 00:56:07]**

5  JF: This is Task Force Officer Jason Fiedler with the FBI. Today's date is
6      August 9th, Tuesday. It is approximately 1pm. This is a recording of
7      an interview of subject Moad Benkabbou. Present with me is Special
8      Agent Joey Nassif.

9  [Various sounds within the recording space]

0  [Knock on door]

1  JN: Hey man, come on in.

2  JF: Hey, what's up man?

3  MB: Whatsup

4  JF: How ya been?

5  MB: Good

6  JF: Remember us?

7  MB: Yea

8  JF: [Laughs]

2

UNCLASSIFIED

9   JN: How are ya

0   JF: Dude you're a hard guy to get ahold of. Haha

1   MB: Huh

2   JF: You're a hard guy to get ahold of.

3   MB: Yea

4   JF: You're not working at Avis anymore, huh?

5   MB: Na

6   JF: Oh, we called.

7   MB: Yea [OV]

8   JF: But the good news is that they told us that you were gonna be here.
9      [Laughs]

0   MB: Oh [laughs]

1   JF: Do you remember us?

2   MB: Yea [UI] [OV]

3   JF: [OV] We met at the airport

4   MB: In the airport yea.

5   JN: Yea man, just so again, cause we always gotta [OV] do this to make
6      sure we're not just [UI] people who we're not. Um, here's the both of
7      us.

8   JF: We may have some good news for ya haha. We think we may have figured
9      out where your problems are coming from.

0   MB: Alright

1   JF: Um first of all, do you want to talk to us you know you're not in any
2      trouble.

3   MB: Right

4   JF: You can leave, the door's open you can leave anytime you want.

5   JN: So, are you, are you comfortable talking to us?

6   MB: Huh?

7   JN: Are you comfortable talking to us? You good?

8   MB: Yea yea, I am.

3

UNCLASSIFIED

9  JN: Ok

0  MB: You guys are nice

1  JN: Yea

2  JF: Thank you

3  JN: We try to be

4  MB: But I am hard of hearing so, if I don't [UI]

5  JN: Yea

6  JF: Yea yea well if you want to wheel closer, Joey can wheel a little
7      closer, you can come closer this way.

8  JN: There you go

9  MB: Alright

0  JF: we'll go slow

1  JN: Yea. Um so we talked to you about a year ago, I don't, like a year
2      July last year um when you were at the airport down in Miami and I
3      know you had issues with traveling, and you know you came and we
4      tried to help you out we tried to figure out what was wrong and we
5      couldn't so it's, it's been about a year.

6  MB: Yea

7  JN: Am I speaking loud enough, am I good?

8  MB: You're speaking too fast.

9  JN: Okay yea. So it's been about a year

0  MB: Yea

1  JN: Since we talked to you, and so what we do we always do this every ah
2      year after we talk to somebody [OV]

3  MB: [OV] Yea

4  JN: We have to do a review so we kinda just go back through everything

5  MB: Yea

6  JN: And we just look at the paper work and the documents. So um while we
7      were going through everything about a month ago, a little over a
8      month ago, we uh we ran phone records and we saw that somebody that
9      we are very interested in had contacted you. Uh, I don't remember

4

UNCLASSIFIED

0  exactly how many times he contacted you, but we saw that this
1  individual had been in contact.

2  JF: Hold that. Just like last time, do you remember the last time we
3      talked?

4  MB: Yea

5  JF: Um we told you that you had to tell us the truth and everything and
6      you said you understood. So I have to read the warning again it's
7      like a rule, um you're not in custody again but I still have to read
8      the warning to you. So I am going to go slow, if you can't hear me or
9      I'm going too fast, just tell me to slow down or speak up.

0  MB: Alright

1      Title 18 U.S.C 1001 makes it a criminal offense for any person
2      knowingly and willfully to make to any agency or department of the
3      United States a materially false, fictitious or fraudulent statement
4      as to any matter within their jurisdiction. Section 1001 of Title 18
5      of the United States code states in part A, except as otherwise
6      provided in this section whoever and any matter within the
7      jurisdiction of the Executive, Legislative, or Judicial branch of the
8      government of the United States knowingly and willfully, 1. Falsifies
9      or conceals or covers up by any trick, scheme, or device of material
0      fact. 2. Makes any material false, fictitious, or fraudulent
1      statement or representation or 3. Makes or uses any false writing or
2      document knowing the same to contain any materially false,
3      fictitious, or fraudulent statement or entry. Was all that slow
4      enough, good? [OV] You understand?

5  MB: [UI] What was the general message?

6  JF: Don't lie, [OV] tell the truth.

7  MB: Yea, okay

8  JF: Haha

9  JN: So so we're Federal Agents, and

0  JF: Yea

1  JN: It's a crime to lie to Federal Agents

2  JF: Yea, so it's a crime, so it says if you do that, if you commit this
3      crime

4  MB: It's a crime

5  JF: Yea, you shall be fined under this title, imprisoned not more than
6      five years or if the offense involves international or domestic
7      terrorism as defined in this section 2331, imprisoned no more than
8      eight years or both.

9  MB: Alright, yea.

0  JF: Moral of the story, don't lie.

1  JN: So do you under, I'm sorry, do you understand that?

2  MB: Yea, I understand

3  JF: So as Joey was telling you, we got some phone records and there's an
4      individual that we have reason to believe may have traveled for the
5      wrong reasons.

6  MB: Yea

7  JF: And his phone had contacted your phone. So I'm going to show you a
8      picture and I want you to tell me if you know this guy, what you know
9      about him, basically anything you can do to help us.

0  MB: Alright

1  [MB shown picture]

2  MB: Yea I know him

3  JF: You know him?

4  MB: Yea

5  JF: Ok well that's a good start ha. Ok, tell us everything you know about
6      him.

7  MB: Ok uh I was in

8  JF: Do you know his name?

9  MB: Huh?

0  JF: Do you know his name? Cuz he's had a bunch of names.

1  MB: Ahmed

2  JF: Okay he was Ahmed to you

3  MB: He was in my, he was my classmate

4  JF: Ok

5  MB: In a programming class

6

UNCLASSIFIED

6   JN: Programming?

7   MB: Yea

8   JF: At UCF?

9   MB: I don't. Yea at UCF. And uh, he would, he would, like he would, he
0       would try to take me out to dinner. So he would pick me up and he
1       would take me to dinner and all of that stuff.

2   JN: Ok

3   MB: Ah yea my dad he was very suspicious of him, he was saying to stop
4       hanging out with him, keep giving you free meals and stuff like that.
5       Anyways, in August of last year he told me he's going to fly to
6       Turkey and he wants me to um go on Turkey, to Turkey with him because
7       the tickets were cheap and all of that stuff.

8   JF: Ok

9   MB: Yea, he wanted me to go with him to-to tour. Uh I bought the ticket
0       and then I declined it.

1   JF: Ok

2   MB: I bought the ticket and then I canceled the flight. [OV] I said you
3       can go by yourself

4   JF: So why did he want to go to Turkey? Do you know, did he tell you?

5   MB: He said he said for tourism. `

6   JF: Oh for tourism

7   MB: Yea

8   JF: Ok

9   JN: Ok

0   MB: But I bought the ticket with him.

1   JF: Ok

2   MB: But then I changed my mind, I said I don't want to go anymore.

3   JF: So you didn't go with him?

4   MB: No

5   JF: Ok, obviously

7

6 MB: Remember I told you, Remember I told you I bought the ticket to
7      Turkey?

8 JN: Mhm

9 JF: Yes! To see the mosque. Your mom told you right?

0 MB: Huh

1 JF: Didn't your mom tell you to go see a mosque or something?

2 MB: Yea

3 JF: Right?

4 MB: Yea, my mom told me to go see a mosque and then when he told me, when
5      he told me that we can go to Turkey I thought it was a good time but
6      then I had suspicion about this guy.

7 JN: Ok

8 MB: So after I bought the ticket, I canceled it.

9 JN: Alright real quick, sorry can you just go back, so like we said he's
0      used a lot of names, what what did you know him by?

1 MB: Huh

2 JN: The name, what name, what was his name?

3 MB: Ahmad

4 JN: Ahmad?

5 MB: A-H-M-A-D

6 JN: M-A-D? Not E-D? Do you know his last name?

7 MB: I don't, I don't

8 JN: [OV]You don't know?

9 MB: [OV] I don't remember

0 JN: Ok

1 MB: It's either M-A-D or M-E-D

2 JN: Ok

3 JF: Ok

4 JF [OV] No last name?

8

UNCLASSIFIED

5   MB: [OV] He's from Jordan

6   JF: He's from Jordan?

7   MB: Yea. But like I was in class and he would like try to be my friend

8   JN: Ok

9   MB: Cause he sat next to me and he would try to be my friend and he would
0       tell me that he can speak Arabic.

1   JN: Ok

2   MB: Yea, and then like every week he would take me out to eat.

3   JF: Oh ok

4   JN: Ok. So um that…

5   MB: I was highly suspicious of him, suspicious of him and my family was
6       suspicious-suspicious of him because he would keep trying to take me
7       out and he was paying for my meals and everything.

8   JN: Ok

9   JF: Did he, did he ever say anything that was suspicious? Did he ever, Did
0       he ever like um like you said your family was suspicious of him, like
1       what what was it that made them sus… like did he ever say anything
2       that was suspicious? Did…

3   MB: The fact that like, I don't know he was trying hard to hang out with
4       me

5   JF: Ok

6   JN: Ok

7   MB: He was trying hard to hang out with me and then he would go and he
8       would take me out to eat. And no matter what the price was he would
9       pay it.

0   JF: Like how expensive are we talking?

1   MB: Like, like he would take me out to a Turkish restaurant

2   JF: Ok

3   MB: And he would pay like $50 dollars for a meal for me and him. But just-
4       just the fact that he was way too nice to me and he would pay for
5       everything so that he had a, he had a intention behind it.

6   JN: Ok

9

UNCLASSIFIED

7   JF: Well, ugh

8   JN: [OV] Sorry one second

9   JF: Yea

0   JN: So I just kinda cuz, I'm trying to write as you're talking, so um, you ,
1       said he asked you to go to Turkey with him or you asked him?

2   MB: No, he asked me

3   JN: He asked you, ok just let me go through this real quick

4   JF: Yea yea

5   MB: And when I canceled though, he kept, he kept asking me are you sure,
6       are you sure, are you sure about your decision, do you, you don't
7       wanna go with me?

8   JN: Gotcha, ok so he asked you to go to [OV] Turkey

9   MB: [OV] I said I'm sure that I'm not going

0   JN: Ok, um he asked you to go to Turkey.

1   MB: Yea

2   JN: Uh, you initially booked the ticket.

3   MB: Yea

4   JN: And then [OV]

5   MB: [OV] I canceled it

6   JN: Then you canceled it once you were like alright something doesn't feel
7       right [OV]

8   MB: [OV] Yea

9   JN: Ok

0   MB: I prayed I prayed to God and asked him if this is, yea if this, if
1       this is good for me, like I should go to Turkey but then I got a sign
2       that it's not good for me.

3   JN: Ok

4   MB: So I decided to cancel the flight.

5   JN: Gotcha and then just to con… um, what what did he tell you, why did he
6       want you to go with him?

7   MB: He said tourism.

8  JN: Tourism?

9  MB: Yea

0  JN: Ok, and how long after um did you cancel the ticket?

1  MB: Huh?

2  JN: How long after? So you booked it, when did you cancel it?

3  MB: Uhhh I think about a week

4  JN: A week later?

5  MB: Yea

6  JN: And what did he say when you canceled it? [OV] Did you tell him I'm
7      canceling it or?

8  MB: [OV] What did he say?

9  MB: [OV] Oh he said uh salamu aleikum

0  JN: Ok

1  MB: It means peace be upon you [OV]

2  JF: [OV] Yea, peace be upon you

3  JN: Ok, and then he, he left?

4  MB: He left, yea

5  JN: Ok, do you, do you know when he left? What day he left?

6  MB: When? [OV]

7  JN: [OV] Yea, like…

8  MB: [OV] What day? I don't know but it was around August.

9  JN: Ok

0  MB: Maybe the middle of August.

1  JF: Ok

2  MB: Because he left right before the school semester.

3  JN: Ok

4  MB: He asked me why I didn't wanna go and I told him something doesn't
5      feel right, and I have to finish my degree.

11

6   JN: Ok

7   MB: So I made an excuse

8   JN: Ok, so just to not, you know, make him suspicious, you just said [OV]

9   MB: Yea [OV]

0   JN: this doesn't feel right, I got school and stuff so. Ok, alright now um
1       [OV]

2   MB: [OV] Way too nice

3   JN: Way too nice?

4   MB: Yea

5   JN: Yea. And then you said your, your family was also suspicious of him
6       too? [OV]

7   MB: [OV] Yea

8   JN: Ok

9   MB: My dad used to tell me to, to like decline his requests.

0   JN: Ok

1   JF: Well this probably isn't going to surprise you then…

2   JN: Yea

3   JF: We don't, we don't think he stayed in Turkey.

4   MB: Ah

5   JF: We have reason to believe he went on somewhere else.

6   JN: Yea

7   MB: Ah

8   JN: So wha-what we have is we have him, the last thing we know about him
9       is he went to Turkey, um and then we don't know anything else cuz
0       the, the you know, from our end we saw he booked a flight from here
1       to Turkey and then we don't know. What we do assume though, um just
2       from our contacts is that he left Turkey and went into Syria.

3   MB: Oh

4   JN: Um so that's kinda why we're… we're… we're asking you questions like
5       did he mention anything to you, did you guys ever talk about any [OV]
6       of that stuff?

12

UNCLASSIFIED

7  MB: [OV] No he told me he's from Jordan

8  JN: Ok

9  MB: Uh he would, he would go back to Jordan like every few years to visit
0      his family.

1  JN: Ok

2  MB: But I'm not sure if he purchased a round ticket or one way ticket.

3  JN: To uh, to Turkey?

4  MB: Yea

5  JN: Ok

6  MB: I don't remember that.

7  JN: So you booked the flight with him initially and canceled it, did you
8      book the same flight?

9  MB: Yea we booked the same flight

0  JN: Ok and then that's it? It was just to Turkey, he didn't try to book it
1      [OV]

2  MB: No no [OV]

3  JN: Not to anywhere else? [OV]

4  MB: It was from, it was from here to Greece I think

5  JN: Ok

6  MB: And from Greece to Turkey

7  JN: Ok

8  MB: Yea

9  JN: And then he, he never mentioned anything about Syria, to you?

0  MB: No

1  JN: Ok, did he mention, so I mean obviously we assume he went to Syria to
2      join ISIS, um that, they were in power I think at that time. Did he
3      ever menti...[OV]

4  MB: Yea, like I said I had suspicion of him.

5  JN: Yea, did he ever talk to you about ISIS? Did you ever talk to [OV] him
6      about ISIS?

13

UNCLASSIFIED

7  MB: No. No

8  JN: No?

9  MB: I told him about the general, like belief, like

0  JN: Yea

1  MB: Uh like we talked about general belief like adhering to the religion,
2      stuff like that, like pray, if I have to give charity. That kind of
3      stuff [OV]

4  JN: Yea

5  MB: Yea

6  JN: But specifically ISIS, did, did he ever [OV] talk about ISIS to you?

7  MB: No no no, nothing about ISIS

8  JN: Ok um

9  MB: We would talk about religion a lot like

0  JN: Yea

1  MB: He would bring up a conversation and then we would talk about prayer
2      and giving charity and that kinda stuff

3  JN: Gotcha

4  MB: But never about a group

5  JN: Alright, so um, what we usually, what we see with people is there's no
6      way this guy got over there by himself

7  JF: Yea

8  MB: Oh

9  JN: So he must've been talking to somebody to help him in Turkey or in
0      Syria, I don't know. Did he ever mention talking to anybody?

1  MB: No

2  JN: No? Um…

3  MB: I guess that's why he wanted me to go with him

4  JN: Yea

5  MB: Yea

6  JF: To help him?

**14**

UNCLASSIFIED

7   MB: No, like to accompany him

8   JN: Ok

9   JF: Oh oh gotcha gotcha

0   JN: No but I'm saying as far as like, to get from wherever he was going in
1       Turkey into Syria?

2   MB: No

3   JN: Um did he mention ever being in contact with anybody?

4   MB: No

5   JN: Ok

6   MB: He-He had a Telegram

7   JN: Yea

8   MB: But I don't know besides that

9   JN: Ok um

0   JF: So did he ever, so I know you said he didn't talk to you specifically
1       about ISIS, did he ever try to like [OV] push you in that direction
2       or?

3   MB: Oh he would, he would, he would… Yea he would, in the car when he
4       would pick me up and like drive me, he would play Nasheed

5   JF: Ok, so he had Nasheeds?

6   MB: You know what are Nasheeds?

7   JF: Yea, yea, yea of course. Do you know, did, do you know if he had them,
8       did he have like a CD, did he have them on his phone? [OV]

9   MB: No it was from his phone

0   JF: So he would play Nasheeds from his phone?

1   MB: Yea, he was playing them from his phone yea

2   JF: In the car?

3   MB: Yea, in the car

4   JF: Did he ever send you any?

5   MB: Huh

15

UNCLASSIFIED

6  JF: Did he ever send them to you? [OV] Cuz we know like people trade them
7      online and stuff.

8  MB: No

9  JF: He never sent you any? [OV]

0  MB: No

1  MB: But every time I was in the car with him, he would uh, he would play
2      it in the car.

3  JF: Ok

4  MB: And he would like sing the lyrics along with it

5  JF: Oh the um, what they mean

6  MB: Yea

7  JF: Oh ok

8  MB: But I don't know much Arabic, like only a little bit

9  JN: Yea, ok

0  JF: Did he ever um like did he ask you what you thought about them or just
1      played them? Like did you guys discuss them?

2  MB: No

3  JF: No

4  MB: Sometime I asked him what it mean but

5  JN: So you didn't understand any of it really?

6  MB: No like a little bit

7  JN: Yea, no I know it's difficult [OV]

8  MB: But like, but like I have to read lips to understand

9  JN: Yea ok

0  MB: Most of the time I don't-I don't understand

1  JN: Yea, well I mean I speak Arabic and I-I don't really understand them
2      either just cuz it's-it's a different Arabic, so I [OV]

3  MB: I'm hard of hearing so like, if somebody speaks then, then I don't, I
4      don't read their lips, I don't understand.

5  JN: Ok

UNCLASSIFIED

6  JF: So he played the Nasheeds for you, did he ever, did he ever play
7      anything else for you? Did he ever play any videos [OV]?

8  MB: Quran Quran

9  JF: Just Quran?

0  MB: But most of the time it would be Nasheed.

1  JF: Ok, no videos though?

2  MB: No

3  JF: No like recruitment videos, you know there's like all those
4      recruitment videos?

5  MB: Yea

6  JF: Flames of war, he never played that for you? [OV] No?

7  MB: No

8  JN: So you said he was from Jordan right?

9  MB: Yea

0  JN: Um

1  MB: Um Zarqa

2  JN: Zarqa?

3  MB: Yea

4  JN: Ok, did, did he ask you to contact anybody for him? On behalf of him?
5      [OV]

6  MB: No

7  JN: No? Um did you give him anyone to talk to over there? I don't, I
8      don't… you're, you said you're from Morocco, do you know anybody in
9      that area? In Syria or Turkey?

0  MB: No

1  JN: So you never had him contact anybody [OV]

2  MB: I cut off contact with any, like anybody that's not from the United
3      States.

4  JN: Ok

5  MB: Yea, the only, the only person I talk to is like in, in, in Britian,
6      in the U.K.

17

UNCLASSIFIED

UNCLASSIFIED

7   JN: Mhm

8   MB: I give charity there sometimes

9   JN: Yea

0   MB: And I talk to my family in Morocco.

1   JN: Gotcha, so I mean but, he never asked you to contact anybody?

2   MB: No

3   JN: Ok

4   MB: He asked me - asked me to download an app

5   JN: Ok

6   MB: And me and him could contact when he was in Turkey, but I never
7        downloaded it.

8   JF: Do you remember what it was?

9   JN: Yea, what app?

0   MB: No, it, it, it wasn't, it wasn't any of those popular apps. It was
1        like uh… [OV] one of, one of those apps

2   JF: [OV] You can think [OV] think about it for a minute, cuz that could be
3        helpful

4   JN: Yea, try to remember because that would, that would really be helpful
5        for us. Is it one of the common ones or not really? Like if we, we
6        can google apps and [OV]

7   MB: No, it was an app that didn't require your phone number.

8   JN: Oh

9   JF: Ohhh, of course

0   JN: Yea

1   MB: Yea

2   JF: But he asked you to download it?

3   MB: Yea

4   JF: Did you download it?

5   MB: No

6   JF: It's okay if you did [OV] did you download it?

18

UNCLASSIFIED

UNCLASSIFIED

7  MB: [OV] No I didn't

8  JF: You didn't download it

9  MB: Like I said I had suspicion about him

0  JN: So um

1  MB: Because if you go to Turkey you're going to come back right?

2  JN: Yea

3  MB: Why do we have to contact?

4  JN: So what was he, if he wanted you to go with him um, what did he want
5      you to do? You said Tourism?

6  MB: Yea, I told him I wanted to visit the-the Mosque.

7  JN: Yea

8  MB: Yea

9  JN: Ok, so you, if he had what we think is he went to Syria um. What was
0      he going to do, do you think? I mean if he went with you

1  MN: I mean he seemed like an extremist, like [OV]

2  JN: Yea?

3  MB: Yea

4  JN: Ok

5  MB: The nasheeds, the Nasheeds he was playing, the, how nice he was

6  JN: Yea

7  MB: And he, he approached me in class

8  JN: Ok

9  MB: Yea

0  JN: Did he ever try to get you in contact with anybody here [OV] or
1      overseas or anything?

2  MB: No

3  JN: Nobody? Because if he tried to get you in contact with somebody and
4      you know who that is, that would help us try to…

5  MB: No, no, no. I don't.

19

UNCLASSIFIED

UNCLASSIFIED

6   JN: Nothing?

7   MB: I'm assuming-I'm assuming he had a contact with, with those people in-
8       in the app that he told to download.

9   JN: Ok

0   MB: That's what I'm assuming. But the last time we talked is when he said
1       salamu aleikum and then I said salamu aleikum and then he left.

2   JN: Ok

3   MB: Cause he told me to download that app and I didn't.

4   JN: Yea

5   MB: And that was the last time we talked.

6   JN: Um but, did he ever uh I don't know, did have a lot of like text
7       communication or messaging between you and him or is it all phone
8       calls?

9   MB: Phone calls, like he would [OV], he would call me and he would say
0       "I'm here at your house".

1   JN: Ok

2   MB: Yea

3   JN: So there's nothing that he, he coulda, he sent you that ya know [OV]
4       that you could show us that would be suspicious or anything?

5   MB: [OV] No no

6   MB: No, he would try to avoid like texting.

7   JN: Ok

8   MB: Yea

9   JF: Of course

0   MB: Everything about this guy is [UI]

1   JN: Just a suspicious guy

2   MB: Yea

3   JN: So when was the last time, the last communication you've had with him
4       at all is

5   MB: Huh

UNCLASSIFIED

6  JN: The last communication you had with him is when he said pretty much
7      bye?

8  MB: Yea

9  JN: And that was before he left [OV]

0  MB: Yea he came over to my house and then he picked me up again,

1  JN: Mhm

2  MB: and then he took me to a park and he said "salamu aleikum, I'm
3      leaving". The, the neighborhood park.

4  JN: Yea

5  MB: "salamu aleikum, I'm leaving". Uh, be good to your parents and stuff
6      like that, and then he left.

7  JN: And you, no communication with him since, at all?

8  MB: No

9  JN: Did you hear anything about him? Do you know anything, like if he [OV]
0      went somewhere?

1  MB: [OV] Um, he lived alone I think

2  JN: Ok

3  MB: He became a citizen here, he wasn't born here, uh he's from Jordan,
4      he's from zarqa, which is a city in Jordan I think

5  JN: Mhm

6  JF: Did he ever uh [OV]

7  MB: He's 25, 26

8  JF: Write that down. Yea we have multiple ages and names.

9  MB: Yea

0  JF: Did he ever introduce you to anybody else?

1  MB: Huh

2  JF: Did he ever introduce you to anybody else? Did he ever bring you out
3      with his friends or anything?

4  MB: He introduced me to his co-worker

5  JF: To a co-worker?

6  MB: Yea

7  JF: Ok. [OV] You don't remember his name do you?

8  MB: But he, he um, he'd have me paint with them

9  JF: Ok

0  MB: But like I would do like an hour of paining and he would pay me a
1      hundred dollars

2  JF: Ok

3  JN: Paid a hundred dollars for an hour of painting?

4  MB: Yea

5  JF: Do you [OV]

6  MB: [OV] One hundred dollars for an hour of painting

7  JF: Do you remember what the co-workers name was?

8  MB: No but he's Algerian

9  JF: He's Algerian?

0  MB: Yea

1  JF: Ok

2  JN: Is it just that one co-worker, or is there more?

3  MB: One co-worker, he's Algerian and him and him used to paint

4  JN: Paint?

5  MB: Yea

6  JN: Ok

7  MB: They used to go around and paint apartment, they would buy apartment
8      and paint them

9  JN: Ok

0  MB: And he had me paint with them for like one hour and then he paid me
1      like a hundred dollars.

2  JN: Ok, how man... how, did you work with them a lot?

3  MB: No, barely [OV]

4  JN: How many times would you say?

22

5   MB: Like 2-3 times

6   JN: 2-3 times?

7   MB: It wasn't that much. Yea.

8   JN: Ok, and then you said it was the, this other guy, Algerian, you don't
9        know his name?

0   MB: Huh

1   JN: The Algerian, you don't know his name?

2   MB: No

3   JN: Ok, is there anybody else?

4   MB: The Algerian is tall, about 6 foot I think

5   JN: Ok

6   JF: Shouldn't be that hard to find, a 6 foot Algerian ha

7   JN: Yea and then um nobody else?

8   MB: No

9   JN: Nobody else… Ok

0   MB: And him and the Algerian would always hang out, yea

1   JF: Oh, they hung out a lot

2   MB: Yea

3   JN: Ok so outside of um outside of work, right you work together um you
4        said he took you out to lunch or dinner [OV] for food

5   MB: [OV] A lot of times, yeah.

6   JN: What did you guys talk about when he took you, what did he try to talk
7        to you about?

8   MB: Religion.

9   JN: Ok.

0   MB: We talked about our family

1   JN: Ok.

2   MB: School because he was my classmates. And he was telling me about his
3        job cuz he, he buys apartments and he paints them then he resells
4        them.

23

5  JF: Like a flipper

6  MB: Yea

7  JF: He flips them

8  MB: Yea

9  JN: Ok

0  MB: So he, he, he drove a uh, every week he had a new car

1  JN: Like, he bought a new car every week?

2  MB: Yea but uh, uh, uh I believe it is a rent

3  JN: Oh ok

4  MB: A rental car, cuz he told me, he told me he rents a car so every week
5      he would come with a new car

6  JN: Ok, um so when you talked about religion, I, I, and just to make sure
7      he never himself mentioned ISIS at all?

8  MB: No

9  JN: And then you never mentioned ISIS to him?

0  MB: No

1  JN: Ok. So right, um… And so outside of food, you know when he took you
2      out

3  MB: Oh we, uh him and the Algerian were talking about Taliban

4  JN: Ok

5  MB: But nothing about ISIS

6  JF: About the Taliban

7  JN: So they only talked about the Taliban?

8  MB: Huh

9  JN: They only talked about the Taliban, together?

0  MB: Yea

1  JN: Ok. So did you, did you have any suspicion, I know you said you were
2      suspicious of him [OV]

3  MB: Yea, because he was paying for everything

4   JN: Yea

5   MB: And growing up, normally I pay for everything, I pay for like my stuff
6       and when somebody comes and he offers to pay for everything [OV] it
7       was suspicious

8   JN: Yea

9   MB: There's an intention behind it

0   JN: Did you have any suspicion, um, that when he was going to Turkey that
1       he was telling you tourism but that he had really just wanted to find
2       a way to join a terrorist organization, ISIS or someone else?

3   MB: I had suspicion when he was trying to like, trying to make me go with
4       him

5   JN: Ok

6   MB: Yea

7   JN: But to ISIS [OV] were you suspicious

8   MB: [OV] No, I didn't know anything about, about him and ISIS.

9   JN: Ok

0   MB: But yea it was me and him in the car and we bought the, we bought the
1       ticket, he told me to go to Turkey we're gonna go see the Mosque and
2       this type of thing. I bought the ticket with him and then um, I told
3       him I'm not sure about it and then I went home. I went uh, I went
4       home and then I prayed right? You know Istikhara?

5   JN: Mhm

6   MB: Istikhara. It's a prayer that you make when you make a decision,
7       right? I made that prayer and there was a sign that the, it's not
8       going to be good. So I cancelled the flight.

9   JN: Ok

0   MB: And the next morn… the next day he came and he asked me for an update.
1       And I told him I'm not going and then he tried to insist for me to
2       buy the ticket again.

3   JN: Ok. So he tried to make you buy the ticket again?

4   MB: Yea

5   JN: Ok… And do you remember when that ticket was supposed to be for you?
6       Do you remember when the date was?

7   MB: August, no the end of August

8  JN: End of August, ok. Now not to uh, not to, you know try to get you in
9      trouble with your parents or family, did they know you were going on
0      this trip with him?

1  MB: No

2  JN: They didn't know?

3  MB: No. Cuz they knew if, if they knew that he asked me to go to Turkey
4      they would lose their mind.

5  JN: Yea

6  MB: Because they have suspicions about him

7  JN: Ok. Can you think of anything?

8  JF: No, I mean just, we should just run down the questions

9  JN: Yea

0  JF: so we can write it up

1  MB: The Algerian, the Algerian uh sometimes he's in Orlando and sometimes
2      he's in Jacksonville

3  JN: Jacksonville?

4  JF: Write that down

5  MB: Yea

6  JN: Do you know what he does in Jacksonville?

7  MB: Painting

8  JF: Have you seen him or talked to him since this guy left?

9  MB: No

0  JF: No? So this guy leaves and then

1  MB: Yea, he just disappeared. He left his car he left his apartment,
2      everything.

3  JN: So do you know if the Algerian went with him?

4  MB: No

5  JN: To Turkey? He didn't go or you don't know?

6  MB: No no, he didn't go

7  JN: He didn't go?

8  MB: Cuz he told me, Ahmed, he told me he was going alone

9  JN: Ok

0  JF: Oh ok

1  MB: He he initially, he initially, initially wanted me to go with him to
2      accompany him and then I said no

3  JN: Ok. Yea so, I mean we're, I'll, I'll go through everything again just
4      so we can confirm it and then we um, can write this up because this
5      might be the reason why you were, you know stopped from flying [OV]

6  JF: [OV] I can almost guarantee it

7  JN: So, again, like we told you last time, we have no control over that
8      you know the, the TSA and all that stuff. But we can send up our
9      report and they can see like, hey this is probably the reason why, ya
0      know

1  MB: Yea

2  JN: And then they can read through it and make their decision. Um, did you
3      ever get a chance to call them or contact them to see um…

4  MB: For what

5  JN: Remember how you weren't able to fly?

6  MB: Yea

7  JN: Did you ever call them, TSA?

8  MB: Na I thought it was like the end, like [OV] I can no longer fly

9  JN: No? Ok

0  JF: Oh no haha. No, they have a process where you can appeal it

1  MB: Huh

2  JF: They have a process where you can appeal it so [OV] you just call them

3  MB: [OV] I looked it up online, I looked it up online but most people it
4      doesn't go through.

5  JF: Yea, you just call them and say hey I'd like to make an appeal, I'm
6      not a bad guy, whatever

7  MB: Yea

8  JF: Ya know

9  MB: Yea

0  JF: That's…

1  MB: My, my family they, keep meeting, they, they go to Morocco and they
2      meet my family there, my family keep asking me when am I going to
3      come

4  JF: Oh you haven't gone? Yea you can call and petition that

5  JN: Yea, and this should, this should help. I mean, we again, we don't
6      control it but when we write up a report and we send it, they can
7      look over it and say ok we were concerned about you know, this guy

8  MB: Yea

9  JN: And he, you know, he-you told us everything you told us and maybe now
0      they are more willing to like, "alright everything's good", we'll
1      see… um but just to…

2  MB [OV] oh, oh, wait, wait one more thing

3  JN: Yea?

4  MB: Uhm, he shaved his beard before he went

5  JN: He shaved his beard before he went?

6  MB: Yea

7  JN: Ok

8  JF: Interesting

9  JN: So he did…he didn't look anything like that or?

0  JF: So, like this but with no beard?

1  JN: Same hair?

2  MB: Yea, he shaved his beard and then he got uh like he cut his hair from
3      the side

4  JN: Ok

5  JF: Uh

6  MB: And then he, he went completely shaven

7  JN: Do you know why he did that? Why would he shave before going? Is
8      there, is that something that…

9  MB: No, he was wearing like a rock, rockstar

28

0  JN: Like a rockstar?

1  MB: No, like a rock outfit or whatever

2  JN: Oh ok, so he was just trying to blend in you think?

3  MB: Huh? [OV]

4  JF: Oh so he wouldn't look suspicious [OV]

5  MB: [OV] It was, it was, it was strange

6  JN: Ok

7  JF: Yea

8  MB: He went from a bearded guy with long hair, and suddenly overnight he
9      had a fade and he was clean shaven

0  JN: Ok, and did he, did he uh, did he tell you to do the same thing before
1      going?

2  MB: No

3  JN: No?

4  JF: I think that's common

5  MB: [OV] I don't have a beard anyway

6  JF: [OV] I think that's… [OV]

7  JN: [OV] You got, you got something

8  JF: Yea I mean, but that's, I think that's pretty common right, when
9      people travel, like so they don't like draw suspicion to themselves.

0  MB: Ah

1  JF: Cuz I mean, that's a pretty big beard right there

2  MB: Yea

3  JF: If he rolled up into the airport with that beard, somebody's gonna ask
4      questions, so I mean…

5  JN: Yea

6  JF: You know what I'm saying?

7  MB: Yea

8  JN: So. So, like I said we're… [OV]

9  MB: his, his, his face changed over night

0  JN: Yea

1  JF: Yea

2  JN: Trying to look like somebody else probably

3  MB: Yea

4  JN: So, like I said we'll write this up

5  MB: Yea

6  JN: Um, then we'll send it up. But, how they usually want this is yes or
7      no sort of answers. Um so, I'll just go over everything you've said
8      and you just say yes or no if it applies.

9  MB: Ok

0  JN: so, do you know this individual [Ahmed]?

1  MB: Yea

2  JN: Ok, um when did you meet [Ahmed]?

3  [Unknown background sound]

4  MB: Um, December 2020

5  JN: Ok

6  MB: December yea, December 2020. January 2021 is when he started like
7      paying for meals

8  JN: Ok, um did [Ahmed] ever talk to you about uh a terrorist organization

9  MB: [OV] No

0  JN: [OV] Such as ISIS or any other terrorist organization?

1  MB: No he didn't

2  JN: Ok, um did [Ahmad] want you to go to with him to Turkey?

3  MB: Yea

4  JF: You gotta ask him the other way too

5  JN: Ok

6  JF: Did you ever talk to [Ahmed] about ISIS or a terrorist organization?

7  MB: No I didn't

30

UNCLASSIFIED

8  JN: Oh yea, sorry, yea it's gonna… [OV]

9  JF: [OV] [UI] to go both ways

0  JN: Yea, it has to go both ways, sorry. Um, so you guys bought tickets
1      together to go to Turkey and then you canceled your ticket because
2      you were suspicious of him, correct?

3  MB: Yea

4  JN: Ok

5  MB: And uh, I asked God for guidance [OV]

6  JN: [OV] And yea. Ok.

7  JN: Did you have any intentions to go to ISIS or Syria with him?

8  MB: No.

9  JN: Ok, um did he pay for everything when you guys went out for lunch or
0      dinner or [OV]

1  MB: He did, he paid for lunch, gas, everything

2  JN: Ok, did he say um that you and him would go for tourism to Turkey?

3  MB: Yea

4  JN: Ok, did you want to go to Turkey for tourism?

5  MB: Yea

6  JN: Ok. Did you book a flight sometime in August 2021 with him?

7  MB: Yea

8  JN: Ok, and then you canceled that flight?

9  MB: Yea, like the, the same day

0  JN: The same day, ok. Um, the flight was to Turkey with you think a, um, a
1      stop in Greece?

2  MB: It was a… it was [OV]

3  JN: Layover

4  MB: Yea, you stop at Greece and then go to Turkey, yes [OV]

5  JN: And there was nothing after Turkey?

6  MB: No, nothing after

31

UNCLASSIFIED

7  JN: Ok, did you book a roundtrip ticket?

8  MB: Yea

9  JN: Did he book a roundtrip ticket?

0  MB: I don't think so, no

1  JF: Do you, did, I just thought of this…

2  MB: I can't remember if he did a round trip or not [OV]

3  JF: No, that's okay. Did he come to you with the flight, or did you guys
4      find the flight together?

5  MB: We found the flight together and then we purchased it together

6  JF: Ok

7  MB: So we bought it at the same time. And then right after we bought it, I
8      said I don't feel good about it

9  JN: Ok

0  MB: I will, tonight I will, I will think about it… that same night I
1      canceled, no, like an hour later I canceled it

2  JF: Ok

3  JN: Did um, did you buy the flight for him?

4  MB: No

5  JN: Or did you buy your own flights?

6  MB: Our own flights

7  JN: Your own flights?

8  MB: Yea

9  JN: Ok, so when you canceled yours, his didn't cancel?

0  MB: No

1  JN: Ok, um you said he played nasheeds in the car.

2  MB: Yea

3  JN: Um, you didn't know what they meant, but you knew they were nasheeds.

4  MB: I knew they were like jihad nasheed.

5  JN: Ok, did you ever play nasheeds for him?

UNCLASSIFIED

6  MB: No

7  JN: Ok

8  MB: I played the Quran.

9  JN: The Quran?

0  MB: Yea [OV]

1  JN: Ok, um you said he asked you to download an app, but you don't
2      remember what app it was [OV].

3  MB: No. Because it wasn't a popular app, it was uh, it was one of those
4      apps that nobody knows

5  JN: Yea

6  MB: And you wouldn't need a number for it.

7  JN: Ok um

8  MB: So he told me to download it you don't need, you don't need a phone
9      number, just download it, have a username, and we can contact.

0  JN: Ok

1  MB: But I never downloaded it.

2  JN: Um do you um, do you remember when he asked you to download it? When…
3      [OV]

4  MB: Right after he bought the ticket

5  JN: So after the ticket, so this was something you were supposed to use
6      when you traveled?

7  MB: Yea, yea.

8  JN: Ok um, alright you said he was born in Jordan, you think.

9  JF: So you didn't download the app right?

0  MB: No

1  JF: So, did he try to communicate with you on the app? Do you know if he
2      tried to send you a message?

3  MB: I don't even know, I don't think he even tried because I didn't
4      download it.

5  JF: Cuz you didn't download it. So you didn't send him a message on the
6      app?

33

UNCLASSIFIED

UNCLASSIFIED

7  MB: No

8  JF: Ok

9  JN: Um, you said he's 25 - 26 years old? That's what you think [OV]

0  MB: Yea

1  JN: Or do you know for sure?

2  MB: Maybe 27 by now, cuz it's been a year. But at that time he was 25 -
3      26.

4  JN: Do you know his date of birth? Do you know when he was born? It's ok
5      if you don't.

6  MB: I'm trying to remember.

7  JN: Ok, no?

8  MB: Maybe Ap… April, I think

9  JN:..Ok

0  MB: April

1  JN: Do you what year by any chance? What year?

2  MB: No

3  JN: No, ok. Um so then you said he introduced you to a co-worker. Uh,
4      Algerian?

5  MB: Yea

6  JN: Ok, and six foot tall, about six foot tall, and then you used to paint
7      for him and he would pay you how much? How much would he pay you?[OV]

8  MB: [OV] Yea. Yea. It was like one hundred for one hour.

9  JN: One hundred for one hour? Ok

0  MB: Some days, some days he would tell me you can come paint.

1  JN: Mhm

2  MB: But then he would say never mind we will just, we will just go out to
3      eat, and then he would pay me one hundred dollars just to, just to
4      eat with him.

5  JN: Ok, and then what did you talk about? You said religion, food, [OV]

6  MB: Religion

**34**

UNCLASSIFIED

UNCLASSIFIED

7   JN: Rental cars, um you said you've heard them talk about the Taliban?

8   MB: Yes

9   JN: The Algerian?

0   MB: I've heard them talk about the Taliban.

1   JN: While you were there or?

2   MB: While I was there in the room and I was painting.

3   JN: Ok, but they weren't talking to you?

4   MB: No

5   JN: Ok. Did they ever talk to you about any terrorist organization?

6   MB: No

7   JN: Including ISIS?

8   MB: No

9   Did you talk to them about any terrorist organizations um, including ISIS?

0   MB: No

1   JN: Ok

2   JF: Did he ever try to get you to join ISIS or any terrorist organization?

3   MB: No

4   JF: No? Did you ever try to get him to join ISIS or any terrorist
5       organization?

6   MB: No. Can you repeat that?

7   JF: Did you ever ask him to join?

8   MB: No

9   JN: Um, what's it called, what's it called. Sorry…

0   JF: Oh oh uh, Bayah

1   JN: Yes

2   JF: Bayah

3   JN: Bayat, do you know what a Bayat is?

4   MB: A Bay… [OV]

35

UNCLASSIFIED

UNCLASSIFIED

5  JN: A Bay…Bayat or a Bay…Bay…Bayaa, I'm not sure how it's, how it's said.
6      It's so um, if he went which we think he did, if he went to ISIS, we,
7      we uh we assume he gave like a, a pledge… [OV]

8  MB: Oh, no no.

9  JN: To the ISIS or the leader

0  MB: No

1  JN: Did you ever… [OV]

2  MB: No, he never, he never brought it up.

3  JN: He never mentioned

4  MB: No

5  JN: Giving a pledge or anything to ISIS?

6  MB: No

7  JN: Ok

8  JF: It's called a [Bayot] I think

9  JN: [Bayot]?

0  JF: [Bayah], [Bayot]

1  MB: Bayah, [OV]

2  JF: [Bayot], something like that [OV]

3  MB: [OV] Yea, yea

4  JN: And we're… don't worry, we're not gonna say anything to your parents
5      um, that's why we wanted to talk to you alone too is, your parents
6      didn't know though that you were going to go with him.

7  MB: They did not [OV]

8  JN: Or else they would've, they would've gotten really upset [OV]

9  MB: They would tell me all the time to avoid him.

0  JN: Ok, now um the Algerian, the Algerian guy. You haven't spoken to him
1      since he left, so you don't know anything about him?

2  MB: No. No

3  JN: Do you have a phone number for him?

4  MB: No

UNCLASSIFIED

5  JN: No? How did he, how did he uh, [OV] did he ever contact you?

6  MB: [OV] How did they contact? They had a phone number with each other.
7  They contact each other. [OV]

8  JN: Ok, but you never, you never talked to this guy or messaged him, the
9     Algerian guy?

0  MB: No no, no message. [OV]

1  JN: So you don't have his number?

2  MB: No

3  JN: Ok, um do you know where he lives? If we can find out where he lives
4     to go talk to him by any chance?

5  MB: He's in Orlando, but all the time [OV]

6  JN: [OV] in Jacksonville

7  MB: he goes to Jacksonville, back and forth.

8  JN: Do you know where he stayed in Orlando?

9  MB: No. None of them revealed their house to me

0  JN: Oh they, so he didn't show you where he lived either?

1  MB: No

2  JN: Ok, do you know where he lived, like in Orlando? Did he live in
3     Orlando?

4  MB: In Orlando

5  JF: You said he played the nasheeds, and I think I asked you already, did
6     he ever play any other videos [OV]

7  MB: No

8  JF: recruitment or anything?

9  MB: No

0  JF: Nothing like that?

1  MB: No, it was uh, it was on Soundcloud.

2  JF: Soundcloud?

3  JN: Oh he would play them from Soundcloud?

4  MB: Yea

5  JF: On his phone?

6  MB: Yea

7  JN: And so, he never sent you a… if he sent you links or anything to that
8      stuff and you just didn't watch it, no he didn't send you anything?
9      [OV]

0  MB: No. he didn't send anything.

1  JN: Ok. Oh sorry, same thing. Did you ever send him links that he could
2      watch?

3  MB: No

4  JN: Ok… So sorry, did you say Soundcloud? He…

5  MB: Soundcloud, yea

6  JN: The nasheeds were on Soundcloud?

7  MB: Yea

8  JF: So one of the things that's really important for us is to find out how
9      this guy, had with all these different names and all these aliases
0      and all, rental cars, all this stuff you're talking about, how he was
1      able to get from Orlando to where we think he ended up.

2  JN: Yea

3  JF: So that's kind of a like a big thing that we focus on, you know what I
4      mean like at the end of the day, little fish, like we're trying to
5      figure out how this guy is [OV]

6  MB: [OV] I know, I know the fact that he's from Jordan shows that he has,
7      he knows people [OV]

8  JF: Connections

9  MB: Yea.

0  JN: Mhm

1  MB: Cuz he, he was born and raised in Jordan and then he came over here,
2      like uh 20…2012…2015…

3  JF: Ok

4  MB: I don't remember exactly when he came here but he w… he grew up in
5      Jordan and then he came here.

6  JF: Did you ever see him or hear him on the phone with anyone overseas
7      that you think was overseas?

38

8   MB: No

9   JN: No [OV]

0   JF: No?

1   JN: Did he uh, did he ever… [OV]

2   MB: The, the, the first time I met him he had a girlfriend.

3   JN: He did?

4   MB: Yea

5   JN: Ok

6   MB: But like he would text her but he, he never said anything about her.

7   JN: [OV] So you don't know her name or anything?

8   MB: [OV] I never seen her picture, yea

9   JN: No name, you don't know name or picture or anything?

0   MB: But he would like, he would text her.

1   JN: Ok. Did, did you ever oversee what he was texting her? If he was text…
2       [OV]

3   MB: [OV] It was like, it was like heart eyes

4   JN: Oh [OV]

5   MB: heart sh…

6   JN: It wasn't, it wasn't like anything, ok. Um so yea, kinda going back to
7       what he was saying, we, we th… we think he's, he was in contact with
8       somebody um whether in Turkey or in Syria to help him once he go in
9       Turkey, to get from Turkey to Syria. He never mentioned anything
0       about anybody who was in contact [OV] or he was going to be in
1       contact. Um… [OV]

2   MB: No. No he didn't.

3   JN: Did he ask you to cont… if… did he ask you to contact anybody on his
4       behalf? [OV]

5   MB: No

6   MB: No?

7   JF: Like we called…[OV]

8  MB: He asked me, he asked me to contact someone in, in, in the U.K. to
9       send him charity money.

0  JN: Oh ok

1  JF: Ok [Cough]

2  MB: His name is Muhammad Hijab, but he's a famous person.

3  JN: Ok, I've heard of him.

4  JF: Yea

5  MB: You know him?

6  JN: Yea

7  MB: Ah yea

8  JN: So that's all he asked you to do was to just to… [OV] ok.

9  MB: Yea

0  JN: Um, uh sorry I have to ask the other way, did you ever give him
1       somebody to talk to overseas?

2  MB: No

3  JN: Like say hey this person will help you get from uh Turkey to Syria?

4  MB: Huh

5  JN: Did you ever give him somebody's information that would help him [OV]
6       get from Turkey to Syria?

7  MB: No. No I did not.

8  JN: Um…

9  MB: But uh he did, he did have a girlfriend that he used to, he used to
0       text and uh he, he kept asking me when am I gonna find a wife.

1  JN: Ok, so was he trying to find you a wife?

2  MB: No no, he was just asking me, I told him I already have somebody.

3  JN: Ok

4  JF: That's cultural though, right?

5  MB: Huh

6  JF: That's kinda cultural right? Like… [OV]

UNCLASSIFIED

7   MB: [UI] are they close?

8   JF: No no no like, like within the culture, like within the community
9        [OV], like trying to help a brother find a wife?

0   MB: Yea. Yea.

1   JF: Like was that suspicious or…

2   MB: Well I don't want anything from him.

3   JF: Oh gotcha gotcha, so you didn't want his help finding a wife.

4   JN: And I… [OV]

5   MB: I was just with him so he can pay my meals

6   JN: Has anybody else um talked to you about him. Anybody else who you
7        know?

8   MB: [OV] My dad

9   JN: [OV] other than the Algerian?

0   MB: My dad

1   JN: Ok, I mean other than your dad [OV]

2   MB: [OV] Yea he, he told me to where did, where did Ahmed go?

3   JN: Yea

4   MB: And I told him I don't know, he said, he said I knew there was
5        something suspicious about him.

6   JN: Ok. And that's it?

7   MB: Yea

8   JN: So nobody, so like the Algerian guy didn't talk about him, nobody else
9        talks… so he left and you haven't heard [OV]

0   MB: [OV] No

1   JN: Anything about him at all?

2   JF: Did you have a feeling that he was going to go do something?

3   MB: I have a feeling that he was going to go do something, yea.

4   JF: You had a feeling back then or now?

41

UNCLASSIFIED

UNCLASSIFIED

5 MB: No. No uh, yea back then when he was leaving, he would try to like
6     insist on me to go with him, I had a feeling he wanted me to do
7     something with him.

8 JF: Alright, let me ask you a question then.

9 MB: Yea

0 JF: Why didn't you call us?

1 MB: Huh

2 JF: Why didn't you call the FBI or the police? You gotta call when you
3     have something like that.

4 MB: Yea

5 JF: [Laughs]

6 MB: I should've.

7 JN: Yea

8 MB: But I didn't wanna like uh put somebody in jail based on a suspicion.

9 JF: I understand, I understand, well we don't put people in jail on
0     suspicion.

1 MB: Yea

2 JF: So, but in the future.

3 MB: In the future, alright.

4 JN: Yea

5 JF: You need to [OV]

6 MB: I'll answer all questions about him.

7 JF: You need to call you know what I mean? Like if you, if there is
8     somebody that you don't think everything is right, you know, let
9     somebody know. You don't have to call 911 but let somebody know.

0 MB: Yeah.

1 JN: Yeah. Alright um… so [OV]

2 JF: Sorry

3 JN: You know, actually, I'm trying to think through if we're gonna write
4 this report.

42

UNCLASSIFIED

5  JF: I have one more thing. Is there, is there anything you can think of
6     that you can tell us about…

7  MB: About, about him?

8  JF: Yeah, I mean, anything… you said you didn't, you didn't hear him on
9     the phone talking to people overseas, right?

0  MB: Yeah.

1  JF: Ok

2  MB: To, to the U.K.

3  JF: You said he has a telegram.

4  MB: Yeah, he had, yeah.

5  JF: Ok, did you ever communicate with him on telegram?

6  MB: Yeah

7  JF: Ok, ok, um, just like, like what kinda stuff? [OV]

8  MB: Yeah, he was, he was like I'm coming to pick you up.

9  JF: Oh, just like that kind of stuff. Ok.

0  JN: So, he would, he would use telegram kind of like regular messaging?

1  MB: Yeah

2  JN: Ok, it wasn't [OV]

3  MB: He would like call me on telegram and say that I'm here.

4  JN: But no communication on telegram that was about terrorism [OV] or
5     anything?

6  MB: No

7  JN: Ok

8  MB: but, he'd avoid giving me his number.

9  JN: Ok. Oh you didn't have his phone number?

0  MB: No.

1  JN: Ok. Umm…

2  MB: He didn't give me his phone number, he didn't tell me where he lived.
3     Every week he came with a new car.

UNCLASSIFIED

4  JN: Ok

5  MB: And the fact that he was trying to hang out with me so bad, and then
6      he would tell me nothing about him, and he would pay for everything,
7      it was [OV]… everything about him suspicious.

8  JN: Well, I mean I know that you obviously you were suspicious of him
9      before. Um, and we wish you would said something back then.

0  MB: Yeah.

1  JN: But going forward, if for any reasons he contacts you or somebody
2      contacts you about him, [OV] please let us know.

3  MB: I'll let you know.

4  MB: You have a number?

5  JN: Yeah, yeah, we'll give you [OV], I gotta, I gotta.

6  JF: He's got a card.

7  JN: I gotta card, um, actually I don't think I brought them with me, but
8      I'll give you my number. [OV]

9  MB: [UI]

0  JN: Um, so, we'll, we'll send this up and uh this may help you. Honestly,
1      I would contact, again, like we told you last time, contact TSA and
2      see, you know, if you can work through it and then we'll send up this
3      report and that should help, hopefully. Um, but, what they are gonna
4      do is, the same sort of questions I asked you last time. Some of them
5      um, actually no we already asked those. There's no need, I don't
6      think there's a need to send up double reporting. Um, but yeah, I
7      think that covers it. Uh, if we have any questions, I hope, you don't
8      mind if we call you? Um, if we have any more questions about him.
9      [OV] Do you mind if we call you?

0  MB: No. Yeah, I don't mind. No, I don't mind. [OV]

1  JN: Can I have your… Can I have your phone number please?

2  MB: 407-624-2444 [OV]

3  JN: Yup. Ok.

4  JN: 2444, and that's your personal number or is it [OV] like a shared?

5  MB: My personal number.

6  JN: Okay. Alright. Um, yea I guess I mean, I guess that's it. I can't
7      really think of anything else. Any other questions?

UNCLASSIFIED

8  JF: Did he ever ask for, I know you said he paid for meals and stuff. Did
9      he ever ask for money?

0  MB: No

1  JF: He never asked you for money? [OV]

2  MB: No. He, he would take me to a Turkish restaurant right, and he would
3      pay $50 dollars for my meals and his meal, and afterward he give me
4      like $100 dollars to keep, for working with him.

5  JN: Was he, was he wealthy?

6  MB: Huh?

7  JN: Was he wealthy? Did he have a lot of money?

8  MB: No I think he made that money from flipping apartments.

9  JN: Ok, but you don't think that money came from somewhere else?

0  MB: No

1  JN: It was his money?

2  MB: Yea

3  JN: Okay

4  JF: Did he… [OV]

5  MB: He was flipping apartments. So I'm guessing that where his money came
6      from.

7  JN: Ok. Um, I think I asked this. Did I ask this? Did, did he ever pledge
8      to, do you know if he ever [OV] pledged to a terrorist organization?

9  MB: No. Not that I know of.

0  JN: Not that you know of.

1  JF: And I know we already asked you, but you never did right?

2  MB: Huh?

3  JF: I said I know we already asked you last time, but you never did right?

4  MB: Nah.

5  JN: Yeah, yeah, yeah, let me, let me, ask again just to write up the
6      report. Did you, so, do you, did you, support any terrorist
7      organization?

8  MB: No.

9   JN: Ok [OV]

0   JF: ISIS specifically [OV]

1   MB: But wait uh, back in, when we had the lockdown…

2   JF: Yea, yea.

3   MB: I use to listen to nasheed

4   JN: Yeah, but, but did you ever [OV] pledge to ISIS? [OV]

5   MB: No. No I did not.

6   JN: Um, did you ever talk to him about pledging to ISIS?

7   MB: No

8   JN: Um, can't even remember all the questions to be honest with you.

9   JF: No, you're not a member of a terrorist organization [OV], you're not a
0       member of ISIS?

1   MB: [UI]

2   JN: Ok

3   MB: B-Back, when we had the lockdown I used to like, yeah, I was like very
4       curious. I would look on-online. And I came across nasheed on
5       Youtube.

6   JN: Yea. Yea.

7   MB: Yea I would…[OV]

8   JN: Did you understand it? [OV]

9   MB: I would listen to it. [OV]

0   MB: Huh?

1   JN: Did you understand it?

2   MB: No

3   JN: You didn't understand it? Ok

4   JF: Yeah but listening to a nasheed [OV]

5   MB: The only one I, the only one I understood was um, uh, I'm trying to
6       remember…

7   JN: Yea, yea. No…

8  MB: Cuz it's been like more than a year. No, it, it was 2020.

9  JN: 2020

0  MB: I'm trying to remember.

1  JN: It's ok if you don't remember [OV]

2  MB: [Ana Maradun]

3  JN: [Ana], [Ana], what sorry?

4  MB: [Ana Maradun]

5  JN: [Ana Maradun]?

6  MB: It means I'm sick. It's about uh, drug, drug a, drug addiction.

7  JN: Oh ok… [OV]

8  JN: drug, drug addiction

9  JF: But nasheeds are on YouTube, right?

0  MB: Yea

1  JF: I mean that's not.

2  MB: huh

3  JK: Yeah, that's, there's, that's not bad [OV]

4  MB: Yea

5  JK: It's on Youtube [OV]

6  JN: So, so, so let me actually ask you cause you know, we, we're fr… we
7      work on this stuff, but what is a nasheed, you know, in general, what
8      is a nasheed to you?

9  MB: It's to try to make a song but to avoid using music. Like musical
0      instruments.

1  JN: Ok so, when you're saying he played nasheeds in the car, what sort of
2      nasheeds did he play? Do you… but I know you didn't understand them
3      but…

4  MB: I read the title on his phone. He played "salil sawarim"

5  JN: Ok and would you say… [OV]

6  MB: Want me to spell it?

7  JN: No, no. I, I… Can you say it again though?

8  MB: "Salil Sawarim"

9  JN: Ok.

0  MB: I saw that on his phone when he was playing it.

1  JN: Yup. So you would say the nasheeds he would play in the car were more
2     Jihadi nasheeds?

3  MB: Yea, Yea.

4  JN: Ok. And the one you listened to was about drug addiction?

5  MB: It was what?

6  JN: Drug addiction, you were saying?

7  MB: Yeah.

8  JN: Ok. So it's completely [OV]

9  MB: I would listen to the ones on Youtube and that kinda stuff [OV]

0  JN: Yea, it's completely different the ones you listen to and the ones he
1     li… or he, ok [CV]

2  MB: But I would just play random nasheeds and most of them I don't know
3     what they're saying. The only one I understand is, is [Ana Maradun].

4  JN: Ok, did you have [OV]

5  MB: The, the lyrics were online

6  JN: ok, did… and not to get, did you have an addiction, is that why you
7     were listening to that one?

8  MB: yeah, I had an addiction, yea.

9  JN: Uh, what kind of addiction was it?

0  MB: [UI} yea.

1  JN: Huh?

2  MB: Cuz I was trying to stop music.

3  JN: Stop music, you didn't want to listen to music?

4  MB: I don't want to stop music, no.

5  JN: No you don't want anymore, you like music? Ok.

48

UNCLASSIFIED

6  JF: When you were, during lockdown, when you were listening to nasheeds,
7      did you ever watch any of the videos or anything? You never watched
8      any of the ISIS videos?

9  MB: No.

0  JN: Ok.

1  MB: I watched, when I was, uh, wait, I watched ISIS videos when I was like
2      15

3  JK: Ok

4  MB: But it was on BestGore

5  JN: OK

6  MB: BestGore, they had like cartel videos and all of that

7  JF: Oh, yeah, yeah, yeah, the gory stuff. [OV]

8  MB: Yea

9  JN: Ok

0  MB: I got horrified of it and I stopped watching it

1  JF: And he never showed you any videos?

2  MB: No.

3  JF: And you never showed… [OV]

4  MB: He would play nasheeds in the car.

5  JF: And you never played videos for him? [OV]

6  MB: [UI]

7  JN: Um, what other than the, the, the nasheeds… did he do anything else
8      that you found suspicious? I know you were saying with the, you know,
9      giving you food and paying you a lot of money for an hour of work.

0  MB: It's the fact that he never revealed anything about himself.

1  JN: Ok, did you ever say hey we should go over to your place, um, [OV] and
2      he was like no, I don't wanna go.

3  MB: I asked him where he lived.

4  JN: Yeah.

5  MB: And he avoided the question.

UNCLASSIFIED

6   JN Did he say anywhere remotely, like an area?

7   MB: He said Orlando

8   JN: He just said Orlando?

9   MB: He said, he said he doesn't live far from UCF.

0   JN: Ok so, that's good.

1   MB: Around the UCF area.

2   JN: Ok. Um, do you remember by any chance, a car that he drove more than
3       the other cars?

4   MB: A Truck

5   JN: A truck. Do you remember… [OV]?

6   MB: I don't, I don't remember the company name but he, he would drive a
7       gray truck.

8   JN: Gray truck?

9   MB: Yea

0   JN: Do you remember the make at all? Model? Like… [OV]

1   MB: Huh?

2   JN: it's a Nissan or a Toyota? Do you remember?

3   MB: No

4   JN: No…

5   MB: Every week would be a new brand

6   JN: And you th… he said it was a rental or you think they were rented?

7   MB: No, he told me it's a rental. I told him how you, how you keep getting
8       a new car every week? [OV]

9   JN: Yea

0   MB: He told me it's a rental.

1   JN: Did he say why he was renting cars so much?

2   MB: No

3   JN: No?

4   JF: Alright…[OV]

UNCLASSIFIED

5  JN: Did he… [OV]

6  JF: Go ahead

7  JN: Did he ever ask you to do any other jobs other than painting?

8  MB: No

9  JN: No? Ok…

0  JF: Alright, I know they're gonna ask, so let me ask you these last
1      questions and then we'll let you go. [OV] Thanks so much for, for
2      hanging out with us we appreciate it. Um, did you ever make plans
3      with this individual to travel overseas to join ISIS?

4  MB: Can you repeat that?

5  JF: Did you ever make plans [OV] with this individual or any other
6      individual to travel overseas to join ISIS?

7  MB: No I didn't

8  JF: Ok, did this individual try to convince you to travel to Turkey for
9      tourism?

0  MB: Yes.

1  JF: Ok, did this individual try to convince you to travel to Turkey join
2      ISIS?

3  MB: No.

4  JF: Ok, was there any discussion at any time with this individual about
5      traveling overseas to join ISIS?

6  MB: No

7  JF: Ok, they are gonna ask so…

8  JN: Yea

9  JF: I just wanna be as clear as possible.

0  JN: Yea like [OV], like, like we said um… [OV]

1  JF: We'll write it up [OV]

2  JN: On, on your part you really should contact them

3  JF: Yea

4  JN: this write up it will probably… [OV]

5  MB: You want me to contact him?

51

UNCLASSIFIED

6  JN: **[OVERLAPPING VOICES of JN&JF]** NO, no, no no no no!

7  JN: Don't contact him. If you… if somebody gives you his number

8  MB: Yea

9  JN: Do not contact him.

0  JF: Contact us.

1  JN: Contact us and say hey, I got this guy's number and so tell us who
2      gave you that number. If he reaches… [OV]

3  MB: Do you have the number?

4  JN: Uh, my number?

5  MB: Or you're gonna contact me?

6  JN: NO, no, no I'll give you my number and then, so you can contact us, if
7      he, um, con-contacts you, or somebody else contacts you about him.
8      [OV]

9  MB: Ok [OV]

0  JN: Just let us know. Don't respond to him or anyone else [OV]

1  MB: Ok I'll call

2  JN: Um, but yea, so we appreciate your time. You know, thanks for talking
3      to us. Um, again just we have to end it this way just so you, your,
4      your, understanding. Everything you told us today was the truth,
5      correct?

6  MB: Yes. Yes.

7  JN: And you do understand that lying to federal agents is a crime?

8  MB: Yeah

9  JN: Ok.

0  MB: Five years

1  JN: Five years yea, and depending on, um, anything else? Yeah, no if, if
2      you remember anything at all, anything at all even if you don't think
3      it's a big deal.

4  MB: Yea

5  JN: Let us know.

6  MB: I will let you know

7   JN: And again, if anyone contacts you about him, let us know. But…

8   MB: Alright

9   JN: We appreciate your time man.

0   JF: Thanks brother, good to see you man. Stay outta trouble

1   JN: Yea, I don't have my card but I will give you the number.

2   MB: That's your number?

3   JN: Yea. So, how it works with us is you're gonna have to call this
4       number…

5   MB: Ok

6   JN: And then ask for, here I'll write it down…

7   JF: I was going to say you have to put your name on there

8   JN: Yea. Ask for… Ask for

9   MB: SA Joey?

0   JN: Yeap, last name and we're not gonna obviously share our information,
1       but ask for Joey N. Special Agent, just call that number if you have
2       any information and then they'll, um, send it to me and then we'll
3       talk so.

4   JN: Do appreciate your time man, thank you.

5   MB: Alright

6   JF: Good deal brother. Here I think the, the quickest exit is right here.
7       I don't know where you parked but we can just walk right over here.
8       Did you park out here?

9   MB: Huh?

0   JF: Did you park out here?

1   MB: Uh, yeah

2   JF: Yeah, perfect.

3   **[Door opens/closes]**

4   **[Background noise]**

5   **[Knocking]**

6   **[Door opens/closes]**

UNCLASSIFIED

7  **[Recording Ends]**

8

9

0

1

2

3

4

5

6

7

8

9

0

1

2

3

4

5

6

7

8

9

0

1

2                    [SESSION END 00:56:07]

3


54

UNCLASSIFIED