**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  **CASE NO: 6:23-cr-3-RBD-DCI**

**MOAD MOHAMED BENKABBOU**

---

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
<u>**NOTICE OF SENTENCING**</u>

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 47) entered by the Honorable Daniel C. Irick, United States Magistrate Judge, to which Notices of No Objection have been filed (Docs. 48 and 49). The Court hereby accepts the Defendant's plea of guilty to Counts One and Two of the Indictment, and the Defendant is adjudged guilty of such offenses.

**SENTENCING** for the Defendant is hereby scheduled for **Tuesday, August 29, 2023, at 10:00 AM** before the undersigned in the United States Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando, Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.</u>

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 8, 2023.



ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record