UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.	Case No: 6:23-cr-03-RBD-DCI

**MOAD MOHAMED BENKABBOU**

AUSA: Kara Wick

Defense Attorneys: Corey Cohen and Mary Ibrahim, Retained

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **January 17, 2024** 9:02 A.M. – 10:00 A.M. 10:22 A.M. – 10:49 A.M. 11:14 A.M. – 11:28 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Tania Correa |
| TOTAL TIME: | 1 Hour, 39 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING – DAY TWO**

Case called.   Appearances made by counsel.

The Court hears oral argument from the parties regarding the terrorism enhancement under 3A1.4.

The Court finds the Government met its burden and the terrorism enhancement under 3A1.4 should be applied.   Written order to follow.

Brief recess.

Court resumes.

<u>Witness (unsworn)</u>:
Sabah Benkabbou

Defendant was adjudged guilty as to Counts One and Two of the Indictment.

**IMPRISONMENT**:   72 MONTHS.   This term consists of a 72 month term as to each of Counts One and Two, all such terms to run concurrently.

**SUPERVISED RELEASE**:   3 YEARS.   This term consists of a 3 year term, with one year to be served on home confinement, as to each of Counts One and Two, all such terms to run concurrently.

The mandatory drug testing requirements are waived.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Mental Health Treatment
- Submit to Search
- No Contact with Extremist or Terrorist Organization Members
- Foreign Terrorist Material Restriction
- Collection of DNA

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $200.00, due immediately.

Plea agreement is accepted.

**DISMISSAL:**   In accordance with the plea agreement, it is ordered that Count Three of the Indictment is **DISMISSED**.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.

Court is adjourned.